NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE DALE HALBERT,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALAMEDA COUNTY DEPUTY<br>SHERIFF HERBERT, et al.,<br><br>    Defendants. | No. C 03-0237 JF (PR)<br><br>ORDER GRANTING<br>EXTENSION OF TIME TO<br>FILE SUPPLEMENTAL<br>BRIEFS |

On October 13, 2006, Plaintiff filed a response to the September 28, 2006 order in which he stated that he has no further need for discovery to oppose to Defendants' motion for summary judgment.  Plaintiff also requested 45 days, i.e. until November 27, 2006, in which to file a supplemental opposition to Defendants' opposition.  Plaintiff's request for such an extension of time is GRANTED.  The new deadline requested by Plaintiff has long since passed, but Plaintiff will nevertheless be granted until **September 22, 2008** in which to file his supplemental opposition.  Plaintiff will have had well over two years in which to oppose Defendants' motion, filed in January 2006, and nearly two years have

1  passed since he notified the Court that he had no further need for discovery.[1]  Thus, **no**
2  **further extension of time will be granted to Plaintiff to supplement his opposition to**
3  **Defendants' motion for summary judgment.**
4      Defendants may, if they so choose, file a supplemental reply brief on or before
5  **September 29, 2008.**
6      IT IS SO ORDERED.
7  DATED: __9/9/08_____
8                                  JEREMY FOGEL
                                United States District Judge

---

[1] The Court notes that the addresses Plaintiff has provided to the Court indicate that he has not been incarcerated since October 2006, if not earlier.